**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| BRANDON HAJDUGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-02354-MJG |
| ) | |
| NAVIENT SOLUTIONS, INC. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Plaintiff, BRANDON HAJDUGA, and Defendant, NAVIENT SOLUTIONS, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: October 19, 2016

By: /s/ Michael Alan Siddons
Michael Alan Siddons
Attorney #89018
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street.
PO Box 403
Media, PA 19063
Tel: 410-705-0970
msiddons@siddonslaw.com
Attorney for Plaintiff

By: /s/ David Scott Yellin
David Scott Yellin
Ifrah PLLC
1717 Pennsylvania Ave. NW
Suite 650
Washington, DC 20006
202-524-4153
Fax: 202-524-4141
dyellin@ifrahlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

 On October 19, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

                By: /s/ Michael Alan Siddons
                   Michael Alan Siddons